UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMNY BENEGAS SANDOVAL,

Petitioner,

v.

WARDEN, CENTRAL VALLEY DETENTION ANNEX FACILITY,

Respondent.

No. 1:26-cv-04131-DAD-CSK (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND DENYING PETITION FOR WRIT OF *HABEAS CORPUS*

(Doc. No. 10)

Petitioner Emny Benegas Sandoval is a former federal immigration detainee proceeding with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 27, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be denied. (Doc. No. 10.) Specifically, the magistrate judge found that petitioner is subject to mandatory detention under 8 U.S.C. § 1226(c)(1) based on his criminal conviction for grand theft in violation of California Penal Code § 487(d), which constitutes a crime involving moral turpitude. (*Id.* at 3–4.) The magistrate judge also concluded that petitioner has failed to raise a colorable due process claim to his detention, as applied. (*Id.* at 4–5.)

/////

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 10.) Petitioner has not filed objections to the pending findings and recommendations and the time in which to do so has passed. Petitioner has filed a traverse in support of the pending petition but therein failed to address the pending findings or recommendations in any way. (Doc. No. 11.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on July 27, 2026 (Doc. No. 10) are ADOPTED IN FULL;
2. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is DENIED; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 11, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE